**GENOVA BURNS LLC**
Harris S. Freier, Esq. (NJ Bar #013412006)
HFreier@genovaburns.com
John C. Petrella, Esq. (NJ BAR # 003961989)
JPetrella@genovaburns.com
494 Broad Street
Newark, New Jersey 07102
Telephone: (973) 533-0777
Facsimile: (973) 533-1112
*Attorneys for Plaintiff, ADP, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ADP, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFERSON GIVEN,<br><br>    Defendant. | CIVIL ACTION NO: 2:22-cv-04213-MCA-MAH<br><br>**NOTICE OF APPERANCE** |

  PLEASE TAKE NOTICE that I, John C. Petrella, Esq., am admitted to practice before this Court and hereby respectfully enter an appearance as counsel for Plaintiff, ADP, Inc. in the above-captioned action, and request that copies of all papers in this action be served upon me at the address stated below.

October 13, 2022

/s/ John C. Petrella
JOHN C. PETRELLA
Genova Burns LLC
494 Broad Street
Newark, New Jersey 07102
TEL: (973) 533-0777
Counsel for Plaintiff, ADP, Inc.