**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| ADP, INC., | : | Civil Action No. 22-4213 (MCA) (MAH) |
| Plaintiff, | : | |
| v. | : | AMENDED SCHEDULING ORDER |
| JEFFERSON GIVEN, | : | |
| Defendant. | : | |

**THIS MATTER** having come before the Court for a telephone status conference on September 18, 2023;

and for good cause shown:

**IT IS on this 18th day of September, 2023,**

**ORDERED THAT:**

1. Depositions of fact witnesses and individuals who will give lay opinion testimony based on particular competence in an area (including but not limited to treating physicians) are to be completed by **November 10, 2023.** No objections to questions posed at depositions shall be made other than as to lack of foundation, form or privilege. See Fed. R. Civ. P. 32(d)(3)(A). No instruction not to answer shall be given unless a privilege is implicated.

2. All affirmative expert reports shall be delivered by **December 8, 2023**. Any such report is to be in the form and content as required by Fed. R. Civ. P. 26(a) (2) (B).

3. All responding expert reports shall be delivered by **January 19, 2024.** Any such report shall be in the form and content as described above.

4. Expert discovery, including the depositions of any expert witnesses, shall be completed on or before **March 1, 2024.**

5. The parties shall file a letter not later than **September 25, 2023**, indicating whether they intend to pursue settlement efforts with the Undersigned or an outside mediator.

*s/ Michael A. Hammer*
**Hon. Michael A. Hammer**
**United States Magistrate Judge**